IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALVIN BUTLER | : CIVIL ACTION |
| v. | : |
| DISTRICT ATTORNEYS OFFICE OF PHILADELPHIA, et al. | : NO. 11-7891 |

O R D E R

AND NOW, this /4 day of February, 2012, upon consideration of plaintiff's complaint and his motion to proceed in forma pauperis, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED;

2. Plaintiff, Calvin Butler, #DP0149, shall pay the full filing fee of $350 pursuant to 28 U.S.C. § 1915(b). Based on plaintiff's financial statement, an initial partial filing fee of $20.50 is assessed. The Superintendent or other appropriate official at the State Correctional Institution at Mercer, where plaintiff is presently confined, or at any other correctional facility at which plaintiff may be confined, is directed to deduct $20.50 from plaintiff's prisoner account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 2609 U.S. Courthouse, Philadelphia, PA 19106, to be credited to Civil Action No. 11-7891. Thereafter, until the full filing fee is paid, the Superintendent or other appropriate official at the State Correctional Institution at Mercer or at any prison at which plaintiff may be confined, shall deduct from plaintiff's account, each time that plaintiff's prisoner account exceeds $10, an amount no greater than 20 percent of the money

credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 11-7891;

3. The Clerk of Court is directed to send a copy of this Order to the Superintendent of the State Correctional Institution at Mercer;

4. Plaintiff's claims against all defendants except for the City of Philadelphia, as well as his claims for injunctive relief, are DISMISSED;

5. All further proceedings on Plaintiff's remaining claims are STAYED until plaintiff informs the Court that his criminal cases have been resolved, including any available appellate or collateral proceedings; and

6. The Clerk of Court shall TRANSFER this case to the civil suspense file and mark the case CLOSED for statistical purposes.

BY THE COURT:

THOMAS N. O'NEILL, JR. J.