IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CALVIN BUTLER | : | CIVIL ACTION |
| | : | NO.  11-7891 |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA | : | |

### **ORDER**

AND NOW, this 31st day of October, 2013, upon consideration of the motion of defendant the City of Philadelphia to dismiss plaintiff Calvin Butler's complaint and plaintiff's response thereto, it is hereby ORDERED that the motion is GRANTED and plaintiff's complaint is DISMISSED.

   /s/ Thomas O'Neill
THOMAS N. O'NEILL, JR., J.